UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

IN RE:

| | |
|---|---|
| DAVID K. AUSTIN and | Case No. 09-56749 |
| LESLIE C. AUSTIN, | Chapter 7 |
| a.k.a. LESLIE C. ADAMS, | Honorable Steven W. Rhodes |

    Debtors.
_____/

## APPEARANCE AND REQUEST FOR MAILING OF NOTICES

TAKE NOTICE that the undersigned has this date entered its Appearance on behalf of Fifth Third Bank (hereinafter referred to as "Bank"), creditor in the above-captioned matter.

Pursuant to Federal Rule of Bankruptcy Procedure 2002(g), the Bank requests that all notices be sent to it at the following address:

    Nicole R. Graf, Esq.
    Thomas R. Alward, Esq.
    Counsel for Fifth Third Bank
    BRANDT, FISHER, ALWARD & ROY, P.C.
    1241 E. Eighth Street, Post Office Box 5817
    Traverse City, MI 49696-5817

    BRANDT, FISHER, ALWARD & ROY, P.C.

Dated: February 23, 2010      By: /s/ Nicole R. Graf
    Nicole R. Graf (P55474)
    Thomas R. Alward (P31724)
    Attorneys for Fifth Third Bank
    1241 E. Eighth Street, P.O. Box 5817
    Traverse City, MI 49696-5817
    (231) 941-9660
    ECF email: ngraf@bfarlaw.com